IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60246
Summary Calendar
_____

GARRY LEE MOORE,

Plaintiff-Appellant,

versus

MONROE COUNTY, MISSISSIPPI, ET AL,

Defendants,

JIMMY KIRKPATRICK; FRANK "PAT"
PATTERSON; ARTEY MARTIN; PORTER
ROBERTS; RAY TUCKER; C. E. HENLEY;
DELNA FRANCIS,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:90-CV-270
- - - - - - - - - -
July 18, 1996
Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Garry Lee Moore, #65396, appeals from the district court's grant of judgment as a matter of law dismissing his claims of inadequate medical care, denial of access to the courts, inadequate protection against abuse by a fellow inmate, and

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

punishment without a disciplinary hearing.  We have reviewed the record and find no reversible error.  <u>Portis v. First Nat'l Bank of New Albany, Miss.</u>, 34 F.3d 325, 327 (5th Cir. 1994); <u>Hare v. City of Corinth</u>, 74 F.3d 633, 639 (5th Cir. 1996) (en banc); <u>Walker v. Navarro County Jail</u>, 4 F.3d 410, 413 (5th Cir. 1993).

The judgment is AFFIRMED.